UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SEAFREEZE SHORESIDE, INC, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:22-cv-111091 |
| | * | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | * | |
| | * | |
| Defendants, | * | |
| | * | |
| and | * | |
| | * | |
| VINEYARD WIND I, LLC, | * | |
| | * | |
| Intervenor Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| RESPONSIBLE OFFSHORE DEVELOPMENT ALLIANCE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:22-cv-11172 |
| | * | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | * | |
| | * | |
| Defendants, | * | |
| | * | |
| and | * | |
| | * | |
| VINEYARD WIND I, LLC, | * | |
| | * | |
| Intervenor Defendant. | * | |

**SCHEDULING ORDER**[1]
August 30, 2022

The Court, having considered the parties' Joint Case Management Plans, hereby orders as to each case as follows:

**TIMETABLE FOR DISCOVERY AND MOTION PRACTICE**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

---

[1] Despite the combined caption and coordinated schedule, these matters remain separate.

1. **Administrative Record.** Any motions related to disputes about the administrative record must be filed by September 2, 2022.

2. **Discovery.** If Plaintiffs contend that discovery pursuant to Federal Rule of Civil Procedure 26 is necessary to resolve this matter, Plaintiffs shall file a motion requesting discovery with the court that explains the purpose and scope of the discovery they seek.

3. **Dispositive Motions.** Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed no later than the dates set out below:

    a. Plaintiffs' motion(s) for summary judgement, statement of facts, and brief in support of motion: November 1, 2022

    b. Federal Defendants' opposition and cross-motion(s), statement of facts, and brief in opposition and in support of cross-motion: December 13, 2022

    c. Defendant-Intervenor's opposition and cross-motion(s), statement of facts, and brief in opposition and in support of cross-motion: December 20, 2022

    d. Plaintiffs' brief in opposition and reply: January 24, 2023

    e. Federal Defendants' reply: February 28, 2023

    f. Defendant-Intervenor's reply: March 7, 2023

Counsel shall endeavor to jointly file a single consolidated statement of facts no later than December 20, 2022.

No later than one week before filing briefs in support of or opposition to the motions, the parties may file a joint motion requesting leave to file oversized briefs.

## PROCEDURAL PROVISIONS

4. **Extension of Deadlines.** All requests to extend or modify deadlines must be made by motion and must state: (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reasons for the requested extension; and (5) whether the opposing party consents and, if not, the reasons given for refusing to consent. The motion shall also contain a summary of the discovery, if any, that remains to be taken, and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion. Motions to extend or modify deadlines will be granted only for good cause shown.

   If the requested extension or modification affects any other scheduled dates, a represented party must submit a proposed revised scheduling order using this template. Absent an emergency, any request for an extension or adjournment shall be made at least forty-eight hours prior to the deadline or scheduled appearance.

5. **Status Conferences.** Upon request of counsel, or at the court's own initiative, case-management or status conferences may be scheduled.

6. **Early Resolution of Issues.** The court recognizes that, in some cases, early resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to confer and jointly advise the court of any such issues.

7. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

IT IS SO ORDERED.

August 30, 2022                                           /s/ Indira Talwani
                                                          United States District Judge