### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RESPONSIBLE OFFSHORE DEVELOPMENT ALLIANCE | |
| Plaintiff, | Civil Action No. 1:22-cv-11172-IT |
| v. | Hon. Indira Talwani |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* | |
| Defendants, | |
| and | |
| VINEYARD WIND I, LLC | |
| Intervenor Defendant. | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**ORAL ARGUMENT REQUESTED**

In accordance with Rule 56 of the Federal Rules of Civil Procedure, Local Rule

7.1, and this Court's orders,[1] Plaintiff, Responsible Offshore Development Alliance (the

Alliance), moves for summary judgment against the Federal Defendants and Intervenor-

Defendant in this Administrative Procedure Act case.

The Alliance seeks summary judgment on the grounds that the Federal

Defendants' actions in approving the several permits and authorizations for the Vineyard

---

[1] *See Responsible Offshore Development Alliance v. United States Dep't of the Interior*, Case No. 1:22-cv-11172-IT, ECF 42 (Order, August 30, 2022); *Responsible Offshore Development Alliance v. United States Dep't of the Interior*, Case No. 1:22-cv-11172-IT, ECF 51 (Electronic Order, October 25, 2022).

Wind Offshore Energy Project, as described more fully in their May 10, 2021 Record of

Decision,  was arbitrary, capricious, and contrary to law, including the Outer Continental

Shelf Lands Act,[2] Clean Water Act,[3] Endangered Species Act ("ESA"),[4] National

Environmental Policy Act ("NEPA"),[5] Marine Mammal Protection Act,[6] Merchant

Marine Act,[7] and Administrative Procedure Act (APA).[8]

This Motion for Summary Judgment is based on: (i) this Motion; (ii) Plaintiff's

Memorandum of Points and Authorities, filed with this motion, including arguments and

authorities incorporated into the Memorandum from other parties; (iii) the Declaration of

Anne Hawkins in Support of Plaintiff's Motion for Summary Judgment, filed with this

motion; (iv) the administrative record documents provided by the Federal Defendants;

and (vi) the arguments of counsel at the time of the Court's hearing.

---

[2] 43 U.S.C. § 1349.
[3] 33 U.S.C. § 1311.
[4] 16 U.S.C. § 1536.
[5] 42 U.S.C. §§ 4321–4370h.
[6] 46 U.S.C. § 883.
[7] 16 U.S.C. § 1371.
[8] U.S.C. §§ 701–706.

## REQUEST FOR ORAL ARGUMENT

The Alliance requests that the Court schedule oral argument to assist the Court in ruling on this motion.

Dated: November 8, 2022

Respectfully submitted,

/s/*Roger J. Marzulla*
ROGER J. MARZULLA
D.C. Bar No. 394907
roger@marzulla.com
NANCIE G. MARZULLA
DC Bar No. 400985
Nancie@marzulla.com
MARZULLA LAW LLC
1150 Connecticut Ave. NW, Suite 1050
Washington, DC 20036
Telephone: (202) 822-6760
Facsimile: (202) 822-6774

/s/Ira H. Zaleznik
IRA H. ZALEZNIK (BBO #538800)
izaleznik@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210-2414
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

Attorneys for Responsible Offshore
Development Alliance

## CERTIFICATE OF CONFERENCE

I, Roger J. Marzulla, hereby certify that in compliance with Rule 7.1, Counsel for

Plaintiff has conferred with counsel for the Federal Defendants and Counsel for

Intervenor-Defendant in good faith to resolve or narrow the issues, and to determine what

positions their clients will take on this motion. Counsel for both the Federal Defendants

and the Intervenor-Defendant have advised that they will oppose this motion and file a

response.


DATE: November 8, 2022,                                    */s/* Roger J. Marzulla
                                                           ROGER J. MARZULLA

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Summary Judgment and the

Memorandum of Points and Authorities in support thereof were filed electronically on

November 8, 2022, with the Clerk of the Court for the District of Massachusetts by using

the CM/ECF system, causing electronic service upon all counsel of record who have

registered with the Court's CM/ECF system.

*/s/Roger J. Marzulla*
ROGER J. MARZULLA
