UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RESPONSIBLE OFFSHORE DEVELOPMENT ALLIANCE<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*<br><br>Defendants,<br><br>and<br><br>VINEYARD WIND I, LLC<br><br>Intervenor Defendant. | Civil Action No. 1:22-cv-11172-IT<br><br>Hon. Indira Talwani |

**PROPOSED ORDER GRANTING MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFF RESPONSIBLE OFFSHORE DEVELOPMENT ALLIANCE AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on cross-motions for summary judgment. The Court has reviewed the briefs filed in support of the motions, considered arguments made by counsel, and has consulted the administrative record that contains all facts on which the motions are based. The Court has determined, for the reasons stated in Plaintiff's, Responsible Offshore Development Alliance (the Alliance), Motion for Summary Judgment, that Plaintiff is entitles to judgment in its favor as a matter of law.

Therefore, it is hereby ORDERED:

1. Plaintiffs' Motion for Summary Judgment, it is GRANTED.

2. Defendants' Cross-Motion for Summary Judgment is DENIED.

IT IS SO ORDERED, this _____ day of _____, 2022.

_____
Hon. Indira Talwani
UNITED STATES DISTRICT JUDGE

Dated: November 8, 2022

Respectfully submitted,

/s/Roger J. Marzulla
ROGER J. MARZULLA
DC Bar No. 394907
roger@marzulla.com
NANCIE G. MARZULLA
DC Bar No. 400985
nancie@marzulla.com
MARZULLA LAW LLC
1150 Connecticut Ave. NW, Suite 1050
Washington, DC 20036
Telephone: (202) 822-6760
Facsimile: (202) 822-6774

/s/Ira H. Zaleznik
IRA H. ZALEZNIK (BBO #538800)
izaleznik@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210-2414
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

Attorneys for Responsible Offshore Development Alliance