IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RESPONSIBLE OFFSHORE DEVELOPMENT ALLIANCE,<br><br>                  Plaintiff,<br>   v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>                  Defendants,<br><br>   and<br><br>VINEYARD WIND I, LLC,<br><br>                  Intervenor Defendant. | Civil Action No. 1:22-cv-11172-IT<br><br>Hon. Indira Talwani |

**FEDERAL DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1, Federal Defendants (United States Department of the Interior; Deb Haaland, in her official capacity; Bureau of Ocean Energy Management, Amanda Lefton, in her official capacity; National Marine Fisheries Service; Richard W. Spinrad, in his official capacity; United States Department of the Army; Christine Wormuth, in her official capacity; United States Army Corps of Engineers; Jamie A. Pinkham, in his official capacity) respectfully move for summary judgment against Plaintiff Responsible Offshore Development Alliance, as to all claims asserted in Plaintiff's Complaint, Doc. No. 1.

Federal Defendants' motion for summary judgment is based on: (i) this Notice and Motion; (ii) Federal Defendants' Memorandum of Points and Authorities, filed concurrently

herewith; (iii) Federal Defendants' Statement of Undisputed Material Facts; (iv) Federal Defendants' Response to Plaintiff's Statement of Material Facts; (v) Federal Defendants' administrative records previously filed; (vi) the joint appendix to be filed by the parties; and (vii) the arguments of counsel at the time of the Court's hearing.

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certify that they have conferred with counsel with counsel for the other parties in good faith to resolve or narrow the issues presented in this motion.

Respectfully submitted,

DATED:  December 20, 2022

*Of Counsel:*

PEDRO MELENDEZ-ARREAGA
Lead Attorney-Advisor
Offshore Renewable Energy Team
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Washington, D.C. 20240
(202) 513-7759
pedro.melendez-arrea@sol.doi.gov

MATTHEW J. HARRIS
Assistant District Counsel
U.S. Army Corps of Engineers
New England District
696 Virginia Road
Concord, MA 01742
 (978) 318-8244
matthew.j.harris@usace.army.mil

LEA TYHACH
Attorney - Advisor
National Oceanic and Atmospheric Administration
Office of General Counsel
Northeast Section

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Perry M. Rosen*
PERRY M. ROSEN
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 353-7792
E-mail: perry.rosen@usdoj.gov

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0204
Fax: (202) 305-0275
E-mail: mark.brown@usdoj.gov

*/s/ Angela N. Ellis*
LUTHER L. HAJEK
ANGELA N. ELLIS
Trial Attorney
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376

55 Great Republic Drive  
Gloucester, MA 01930  
(978) 281-9242  
lea.tyhach@noaa.gov

Fax: (303) 844-1350  
E-mail: luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filings to the attorneys of record for Plaintiffs and all other parties, who have registered with the Court's CM/ECF system.

So certified this 20th day of December, 2022 by

/s/ *Angela N. Ellis*
Angela N. Ellis
Counsel for Federal Defendants