UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RESPONSIBLE OFFSHORE DEVELOPMENT ALLIANCE<br><br>*Plaintiffs,*<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*<br><br>*Defendants;*<br><br>and<br><br>VINEYARD WIND I, LLC<br><br>*Intervenor Defendant.* | Civil Action No. 1:22-cv-11172-IT<br><br>Hon. Indira Talwani |

**CORPORATE DISCLOSURE STATEMENT OF**
**<u>CLEAN OCEAN ACTION, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that the proposed *Amicus Curiae,* Clean Ocean Action, Inc., is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here: _____.

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Date:  February 2, 2023                    Respectfully submitted,

/s/*William F. McGonigle*
WILLIAM F. MCGONIGLE
(BBO #569490)
wmcgonigle@arrowoodllp.com
ARROWOOD, LLP
10 Post Office Square, 7th Floor

>Boston, MA  02109
>Telephone: (617) 849-6200
>Facsimile:  (617) 849-6201
>
>*/s/Andrew J. Provence*
>ANDREW J. PROVENCE
>(*Pro hac vice* admission pending)
>N.J. Bar No. 042401998
>aprovence@litprolaw.com
>LITWIN & PROVENCE, LLC
>108 South Finley Avenue
>Basking Ridge, NJ  07920
>Telephone: (973) 642-1801
>Facsimile:  (973) 642-0310
>
>*Attorneys for Clean Ocean Action, Inc., Proposed Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on February 2, 2023 to those identified as non-registered participants.

>/s/*William F. McGonigle*
>WILLIAM F. MCGONIGLE