## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| Responsible Offshore Development Alliance, | |
| *Plaintiffs*, | |
| v. | |
| Debra Haaland, Secretary of Interior; Amanda Lefton, Director of the Bureau of Ocean Energy Management; Gina Raimondo, Secretary of Commerce; Janet Coit, Assistant Administrator of the National Marine Fisheries Service; Christine Wormuth, Secretary of Army; Scott A. Spellmon 55th Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; | Case No. 1:22-cv-11172-IT |
| *Defendants.* | |

| | |
|---|---|
| SEAFREEZE SHORESIDE, INC., et al., | |
| *Plaintiffs*, | |
| v. | Civil Case No. 1:22-CV-11091-IT |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al, | |
| *Defendants.* | |

### MOTION TO MOVE HEARING ON DISPOSITIVE MOTIONS

Plaintiff Responsible Offshore Development Alliance ("RODA") hereby moves this Honorable Court to change the hearing on the pending dispositive motions, currently scheduled for March 24, 2023, to April 3, 2023, to be heard along with the dispositive

motions in Seafreeze Shoreside, Inc. et al v. United States Department of the Interior, et al, No. 1:22-cv-11091-IT ("Seafreeze"), scheduled for April 3, 2023, at 2:00 pm.  As grounds therefor, RODA states as follows:

1. The RODA case, along with the Seafreeze case, are related matters, and contain similar subject matter and many similar arguments.  RODA and Seafreeze cooperated in the briefing of the dispositive motions, incorporating arguments of each party in its briefing, without repetition. It is anticipated that it will be of benefit to the Court and the parties to have the arguments on the motions heard together to avoid repetition and to promote judicial economy.

2. Due to challenging travel arrangements for counsel for all parties and their clients coming from out of state for the hearing, April 3 is the preferred date for the hearing on all motions, as counsel for Seafreeze and their clients have already made travel arrangements with April 3 as the hearing date and have adjusted their schedules accordingly. April 3, rather than March 24, will also give counsel for RODA needed additional time to prepare for the hearing.

3. Counsel for all parties to these matters have consented to this motion and agree that April 3 should be the date for the hearing on dispositive matters in both cases.

WHEREFORE, Plaintiff Responsible Offshore Development Alliance respectfully requests this Honorable Court to transfer the hearing on the dispositive motions in this matter to April 3, to be heard together with the dispositive motions scheduled for that day in the related matter of Seafreeze Shoreside, Inc. et al v. United States Department of the Interior, et al, No. 1:22-cv-11091-IT.

Respectfully Submitted,
Plaintiff,
Responsible Offshore Development Alliance

By their Attorney,

/s/ Ira H. Zaleznik
Ira H. Zaleznik (BBO# 538800)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
(617) 439-4990
(617) 439-3987 (fax)
izaleznik@lawson-weitzen.com

Dated: March 16, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, this document, filed through the CM/ECF

system, will be sent electronically to the registered participants as identified on the Notice of

Electronic Filing (NEF). I further certify that by means of electronic communication, all parties

signified their assent to this motion.

/s/ Ira H. Zaleznik
Ira H. Zaleznik