UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SEAFREEZE SHORESIDE, INC., et al., | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:22-cv-11091-IT |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | * | |
| Defendants, | * | |
| and | * | |
| VINEYARD WIND 1, LLC, | * | |
| Intervenor-Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| RESPONSIBLE OFFSHORE DEVELOPMENT ALLIANCE, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:22-cv-11172-IT |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | * | |
| Defendants, | * | |
| and | * | |
| VINEYARD WIND 1, LLC, | * | |
| Intervenor-Defendant. | * | |

JUDGMENT

October 12, 2023

TALWANI, D.J.

Pursuant to the court's <u>Memorandum and Order</u>, 1:22-cv-11091, Doc. No. 138; 1:22-cv-11172, Doc. No. 105, on the parties' cross-<u>Motions for Summary Judgment</u> 1:22-cv-11091, Doc. Nos. 66, 72, 86; 1:22-cv-11172, Doc. Nos. 52, 59, 73, JUDGMENT IS HEREBY ENTERED in favor of Defendants and Intervenor-Defendant and against Plaintiffs. All parties shall bear their own costs and fees. The above consolidated action CLOSED.

IT IS SO ORDERED

October 12, 2023

/s/ Indira Talwani
United States District Judge