# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 5, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Responsible Offshore Development Alliance, a D.C. Nonprofit Corporation
           v. Department of the Interior, et al.
           No. 24-966
           (Your No. 23-2051 (See also 23-1853))

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk